1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY L. HANBEY,

                    Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                  Defendant.

Case No. 3:10-cv-05403-RBL-KLS

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of
Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and
recommendation [Dkt. #40], and the remaining record, does hereby find and ORDER:

   (1)   the Court adopts the Report and Recommendation;

   (2)   the administrative decision is AFFIRMED;

   (3)   the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

          counsel and Magistrate Judge Karen L. Strombom.

DATED this 17th day of October, 2011.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1